**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| **PAUL SCHMIDT** | § | |
| | § | |
| **v.** | § | **CIVIL CAUSE NO. _____** |
| | § | |
| **BLUE MONSTER TRANSPORT, INC.,** | § | |
| **AND YU JUNG JUANG** | | |

**DEFENDANTS BLUE MONSTER TRANSPORT, INC.**
**AND YU JUNG JUANG'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Blue Monster Transport, Inc. ("Blue Monster") and Yu Jung Huang, incorrectly named as Yu Jung Juang ("Huang"), (collectively "Defendants"), hereby give notice of removal of the following lawsuit to the United States District Court, Northern District of Texas, Abilene Division, and file this Notice of Removal, and would respectfully show the Court as follows:

**I.**

1.      Plaintiff Paul Schmidt ("Plaintiff") filed his Original Petition, Jury Demand and Rule 193.7 Notice ("Pleading") on August 6, 2021 in the 104th District Court of Taylor County, Texas, styled Cause No. 28398-B, *Paul Schmidt vs. Blue Monster Transport, Inc., and Yu Jung Juang*. A true and correct copy of this Pleading is attached hereto as Exhibit D-1. Defendant Blue Monster Transport, Inc. was served with process on August 25, 2021. Defendant Yu Jung Huang was improperly served with process on August 27, 2021. Defendants filed their Original Answer on September 20, 2021.

**II.      PROCEDURAL HISTORY AND BACKGROUND**

2.      Plaintiff alleges Huang was negligent and negligent *per se* resulting in a motor vehicle accident involving Huang and Plaintiff on September 24, 2019. Plaintiff alleges Blue

Mountain is negligent through respondeat superior of Huang as Huang's employer and independently negligent for retention, entrustment, supervision of Huang and maintenance of the vehicle.

### III.    GROUNDS FOR REMOVAL

3.    As noted in detail below, removal of the State Court Lawsuit is proper because complete diversity of citizenship exists among the parties, and the amount in controversy in this lawsuit exceeds $75,000.00 (exclusive of interest and costs).  *See* 28 U.S.C. § 1332(a).

**A.    Complete Diversity Exists**

4.    Complete diversity "requires that all persons on one side of the controversy be citizens of different states than all persons on the other side." *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079 (5th Cir. 2008) (citing *Harrison v. Prather*, 404 F.2d 267, 272 (5th Cir. 1968)).  A corporation is a "citizen of any State by which it has been incorporated and of the State where it has its principal place of business [.]" 28 U.S.C. § 1332(c)(1).

5.    Here, Plaintiff is a citizen of Texas residing in Tarrant County, Texas. (Exhibit D-1).

6.    At the time of the accident, Defendant Blue Monster Transport, Inc. was a foreign corporation, incorporated in California with its principal place of business in California.  On December 3, 2019, Blue Monster Transport, Inc. elected to dissolve as a corporation and is no longer a legal entity.  As a result,  Defendant Blue Monster is a citizen of California for purposes of diversity.

7.    Defendant Yu Jung Huang is identified in Plaintiff's Original Petition as a resident of Los Angeles County, California (Exhibit D-1). Therefore, complete diversity exists among the parties.

**B.      The Amount in Controversy Exceeds $75,000**

8.      When removal is sought on diversity grounds, generally "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy." 28 U.S.C. § 1446(c)(2); *Arrow Drilling Co., Inc. v. Hankook Tire Mfg. Co., Ltd.*, 2018 WL 4486560 at * 4 (S.D. Texas September 19, 2018).

9.      Here, Plaintiff pleads damages between $250,000 and $1,000,000. (Exhibit D-1). Accordingly, the evidence establishes that the amount in controversy exceeds the $75,000.00 jurisdictional minimum to permit removal in accordance with 28 U.S.C. §§ 1441 and 1446.

## IV.      COMPLIANCE WITH REMOVAL REQUIREMENTS

**A.      Removal is Timely**

10.      This Notice of Removal is filed within thirty (30) days after Defendants were served with Plaintiff's Petition.  This Notice of Removal is therefore timely filed.

**B.      Venue is Proper**

11.      Removal to this Court is proper because the state court action was pending in a Judicial District Court of Taylor County, Texas. Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court for purposes of removal only because the Northern District of Texas, Abilene Division is the district and division embracing the place where the state court action is pending.

**C.      N.D. Tex. Local Rule Requirements**

12.      Pursuant to Local Rule 81.1 and 28 U.S.C. § 1446(a), the following items are filed simultaneously herewith and incorporated herein by reference:

- Exhibit A: Civil Cover Sheet;
- Exhibit B: Supplemental Civil Cover Sheet;

- Exhibit C: State Court's Docket Sheet;
- Exhibit D: Index of Documents Filed in the state court action;
- Exhibit D-1:  Plaintiff's Original Petition (08.06.2021);
- Exhibit D-2:  Request for Issuance (08.10.2021);
- Exhibit D-3: Affidavit of Service on Blue Monster Transport, Inc. (08.26.2021);
- Exhibit D-4: Affidavit of Service on Yu Jang Juang (08.31.2021);
- Exhibit D-5: Defendants Blue Monster Transport, Inc. and Yu Jung Juang's Original Answer (09.20.2021); and
- Exhibit E: Certificate of Interested Persons

**D.    Notice Requirements**

13.    Pursuant to 28 U.S.C. § 1446(d), Defendants will file a true and correct copy of this Notice and all exhibits with the Clerk of the 104th District Court of Taylor County, Texas, thus giving notice that such court may proceed no further with respect to this action. Defendants will also promptly provide Plaintiff with written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d).

14.    Trial has not commenced in the Taylor County 104th District Court, Taylor County, Texas.

15.    In filing this Notice, Defendants do not waive, and expressly reserve, their right to assert any and all challenges and objections to service, personal jurisdiction, and any defenses, exceptions, rights, or motions in connection with Plaintiff's claims.

WHEREFORE, Defendants Blue Monster Transport, Inc. and Yu Jung Huang respectfully remove this matter from the 104th Judicial District Court of Taylor County, Texas to this Court for trial and determination of all issues and for all other relief, in law or equity, to which it is justly entitled.

Respectfully submitted,

**CLARK HILL PLC**

*s/ Annie J. Jacobs*
**ANNIE J. JACOBS**
State Bar No. 24050812
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 FAX
ajacobs@clarkhill.com


*/s/ Bijan R. Siahatgar*
**BIJAN R. SIAHATGAR**
State Bar No. 18336200
**HUNTER FUGATE**
State Bar No. 24191774
909 Fannin, Suite 2300
Houston, Texas 77010-4035
(713) 951-5600
(713) 951-5660 FAX
bsiahatgar@clarkhill.com
hfugate@clarkhill.com

**ATTORNEYS FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

On the 24th day of September, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all known counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


*/s/ Annie J. Jacobs*
**ANNIE J. JACOBS**