UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| PAUL SCHMIDT,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE MONSTER TRANSPORT, INC.,<br>et al.,<br><br>    Defendants. | No. 1:21-CV-180-H |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 19. The joint stipulation is approved. It is ordered that plaintiff's claims against defendants are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on July 25, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE